Commonwealth v. Clark, Appellant.

Submitted November 8, 1971. *J. Graham Sale, Jr.* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee. Judgment of sentence affirmed.

Commonwealth v. Dembo, Appellant.

Argued December 9, 1971. *Bernard L. Segal,* with him *Brian E. Appel,* and *Segal, Appel & Natali,* for appellant; *Paul D. Shafer, Jr.,* District Attorney, for Commonwealth, appellee. Judgment of sentence affirmed.